## CONRAD TEN EYCK *versus* HENRY BERTHELET

JOURNAL ENTRIES (1819–23): *Journal 2:* (1) Special bail *p. 645. *Journal 3:* (2) Continued *p. 67; (3) referred *p. 191; (4) rule of reference extended *p. 285; (5) continued *p. 333; (6) rule extending reference rescinded, referred *p. 380; (7) motion for rule to show cause against award *p. 444; (8) judgment *p. 454.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) plea of non assumpsit; (5) rule of reference; (6) award of referees; (7) precipe for execution fi. fa.; (8) writ of fi. fa. and return; (9) draft of alias fi. fa.; (10) precipe for ca. sa.; (11) writ of ca. sa. and return; (12) precipe for levari facias; (13) writ of levari facias and return.

*Office Docket*, MS p. 89, c. 32. Recorded in *Book B*, MS pp. 212–17.

## UNITED STATES *versus* THOMAS WATERS

JOURNAL ENTRIES (1819): *Journal 2:* (1) Indictment presented *p. 645; (2) indictment, plea, jury trial, disagreement, juror withdrawn *p. 648; (3) motion for remand to jail overruled *p. 650; (4) motion for security overruled, defendant discharged *p. 650.

PAPERS IN FILE: [None]

*Office Docket*, MS p. 94, c. 41.